

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Jonathan A. Choa
Partner
Attorney at Law
jchoa@potteranderson.com
302 984-6189 Direct Phone

May 30, 2023

**BY CM/ECF AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *Prospect Capital Management L.P. v. Stratera Holdings, LLC et al.,*
D. Del. 22-mc-00089-MN-CJB

Dear Judge Burke:

As counsel for Respondents, we respectfully suggest that the Court mistakenly transposed the party name on page 46 given the context of Section III. B. 1 generally and the context of the surrounding paragraph specifically. The sentence currently states, with the suspected error:

> And we now know that in that award, what those arbitrators *thought that they had conveyed* and what they *meant to be conveying* was that **Prospect** should prevail on the Provasi DRIP issue. (italics in the original, bold added).

Given the context and the holding, Respondents believe the sentence was meant to read:

> And we now know that in that award, what those arbitrators *thought that they had conveyed* and what they *meant to be conveying* was that **Stratera** should prevail on the Provasi DRIP issue.

Respondents respectfully request that the Court correct the error if Respondents are correct that it was an error. Respondents have conferred with Petitioner regarding this request, and it does not object to the request.

Respectfully,

*/s/ Jonathan A. Choa*

Jonathan A. Choa (#5319)

cc: All Counsel of Record – by CM/ECF